

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-17-00513-CV

Edgar Alonso **GUEVARA**,
Appellant

v.

Cynthia **GUEVARA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017CVG00203C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

The trial court signed the final judgment on June 27, 2017.  Therefore, notice of appeal was due to be filed on July 27, 2017.  TEX. R. APP. P. 26.1.  A motion for extension of time to file the notice of appeal was due on August 11, 2017, fifteen days after the deadline for filing notice of appeal.  TEX. R. APP. P. 26.3.  Appellant filed his notice of appeal on August 9, 2017, after the deadline for filing the notice of appeal but within the fifteen-day grace period allowed by Rule 26.3.  *See id.*  Appellant did not, however, file a motion for extension of time to file a late notice of appeal as required by Rule 26.3(b).  TEX. R. APP. P. 26.3(b).

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).  However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner.  *See id.*; TEX. R. APP. P. 26.3, 10.5(b).

It is therefore ORDERED that appellant file, **within fifteen (15) days** from the date of this order, a response presenting a reasonable explanation for his failure to file his notice of appeal in a timely manner.  If appellant fails to respond within the time provided, this appeal will be dismissed.  *See* TEX. R. APP. P. 42.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court